B 250A
(8/96)

# United States Bankruptcy Court

## Middle District Of Alabama

In re  Elmer D. Sheppard & Ruth Maria Sheppard ,  )
                Debtor                        )   Case No. 08-31435
                                                  )
                                                  )   Chapter 13

    Elmer D. Sheppard & Ruth Maria Sheppard , )
               Plaintiff                       )
                                                  )

    Beneficial/HFC                     ,  )   Adv. Proc. No. 08-03046
               Defendant                  )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of Clerk

| United States Bankruptcy Court |
| --- |
| Middle District of Alabama |
| One Church Street |
| Montgomery, Alabama 36104 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:

| Richard D. Shinbaum |
| --- |
| Shinbaum, McLeod & Campbell |
| PO Box 201 |
| Montgomery, Alabama 36101 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Digitally signed by Richard Oda
Date: 2009.02.05
13:28:25 -06'00'

_____
Date

Case 08-03046   Doc 9   Filed 02/05/09   Entered 02/05/09 15:45:27   Desc Main
                                  Document     Page 1 of 3
Case 08-03046   Doc 10  Filed 02/09/09   Entered 02/09/09 12:57:36   Desc Main
                                  Document     Page 1 of 2

# CERTIFICATE OF SERVICE

I, <u>RICHARD D. SHINBAUM</u>, certify that I am, and at all times during the
(name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made <u>FEBRUARY 2, 2009</u> by:
(date)

NOTE: If more space is needed, note "See Attached Page" in the appropriate box and add additional addresses to 3rd page of form.

[✓] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> BENEFICIAL ALABAMA
> THE CORPORATION COMPANY
> 2000 INTERSTATE PARK DRIVE SUITE 204    MONTGOMERY, ALABAMA 36109-5420

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of <u>Alabama</u>,
(name of state)
as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

<u>FEBRUARY 2, 2009</u>                    <u>RICHARD D. SHINBAUM</u>
Date                                      Signature

Print Name:
RICHARD D. SHINBAUM

Business Address:
P.O. BOX 201
MONTGOMERY, ALABAMA 36101

Case 08-03046    Doc 10    Filed 02/09/09    Entered 02/09/09 12:57:36    Desc Main
                        Document      Page 2 of 2